# UNITED STATES DISTRICT COURT
for the
Eastern District of North Carolina

| | |
|---|---|
| ARTHUR TURNER <br> *Plaintiff* <br> v. <br> United States of America <br> *Defendant* | ) <br> ) <br> ) Case No. 7:23-cv-01360 <br> ) <br> ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

ARTHUR TURNER

Date: 09/28/2023

/s/ Frederick Messner
*Attorney's signature*

Frederick Messner N.C. Bar No. 60309
*Printed name and bar number*

1101 Connecticut Avenue Northwest, Suite 1100 Washington, DC 20036
*Address*

fred.messner@kellerpostman.com
*E-mail address*

(202) 983-5488
*Telephone number*

(312) 971-3502
*FAX number*